HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-119-JLR |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER TO SEAL DOCUMENT |
| IGNACIO GAMEZ-LOPEZ, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion to file Exhibit E to the Defendant's Motion for Revocation of Detention Order and Memorandum in Support under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Exhibit E to the Defendant's Motion for Revocation of Detention Order and Memorandum in Support be filed under seal.

DATED this 4th day of June, 2018.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Sara Brin
Assistant Federal Public Defender
Attorney for Ignacio Gamez-Lopez

ORDER TO SEAL DOCUMENT
(U.S.A. v. Gamez-Lopez / CR18-119-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100