THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-0119JLR |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING DEFENDANT'S MOTION TO REFER HEARING TO SET CONDITIONS OF APPEARANCE TO MAGISTRATE JUDGE |
| IGNACIO GAMEZ-LOPEZ, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion to refer hearing to set conditions of appearance to Magistrate Judge.

IT IS ORDERED that the hearing to set conditions of appearance is referred to the Magistrate Judge.

DATED this 19th day of July, 2018.

_____
JAMES L. ROBART
United States District Judge

Presented by:

s/ *Andrew D. Kennedy*
Assistant Federal Public Defender
Attorney for Ignacio Gamez-Lopez

ORDER TO DEFENDANT'S MOTION TO REFER
HEARING TO MAGISTRATE JUDGE    - 1
*USA v. Gamez-Lopez* / CR18-119-JLR

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**