UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IGNACIO GAMEZ-LOPEZ,<br><br>Defendant. | CASE NO. CR18-0119JLR<br><br>ORDER |

Before the court is Plaintiff United States of America's ("the Government") motion in limine to admit trial exhibits and Defendant Ignacio Gamez-Lopez's post-arrest statements. (MIL (Dkt. # 48).) Mr. Gamez-Lopez does not oppose the motion. (*See* Dkt.) For the reasons stated below, the court GRANTS the motion in part and SETS an evidentiary hearing.

The motion seeks to conditionally admit the Government's Exhibits 1-10 subject to a proper foundation at trial. (*See* MIL at 3-8.) The proposed exhibits are drawn from Mr. Gamez-Lopez's "A-File" kept by the Department of Homeland Security. (*See id.*)

Mr. Gamez-Lopez does not oppose the admission of those exhibits (*see* Dkt.), and the court independently concludes that they are conditionally admissible subject to a proper foundation at trial.

The remainder of the motion deals with Exhibits 11 and 12. (*See* MIL at 8.) Those exhibits are related to post-arrest statements Mr. Gamez-Lopez made to an Immigration & Customs Enforcement officer. (*See id.*) The court sets an evidentiary hearing for Wednesday, August 15, 2018, at 3:00 p.m. to address the admissibility of Exhibits 11 and 12 and Mr. Gamez-Lopez's statements.

Dated this 6th day of August, 2018.

JAMES L. ROBART
United States District Judge